MELISSA HOLYOAK, United States Attorney (#9832)
JENNIFER E. GULLY, Assistant United States Attorney (#15453)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: 801.325.3362

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL R. SWEET,<br><br>Defendant. | Case No. 2:16-cr-422<br><br>NOTICE OF DISMISSAL<br><br>Judge Dustin B. Pead |

On June 30, 2026, the court granted the motion filed by the United States of America ("United States") to dismiss the misdemeanor information in this case. ECF 10.

The United States, by and through the undersigned Assistant United States Attorney, hereby gives notice that the misdemeanor information is dismissed with prejudice.

DATED this 8th of July, 2026.

MELISSA HOLYOAK
United States Attorney

/s/ Jennifer E. Gully
JENNIFER E. GULLY
Assistant United States Attorney